

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2023

No. 04-22-00440-CR

Correy **REYES-BROWN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 20-1498-CR-C
Honorable William D. Old III, Judge Presiding

# O R D E R

Appellant's brief was originally due December 7, 2022. Appellant's first motion requesting an extension of time to file the brief was granted, extending the deadline for filing the brief to February 6, 2023. Neither the brief nor a motion for extension of time to file the brief has been filed.

We therefore **ORDER** appellant's attorney to file his brief **by February 23, 2023**, If neither the brief nor an extension of time to file the brief is filed by the date ordered, we will order the appeal abated and remand the cause to the trial court for a hearing to determine whether appellant or appointed counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b)(2).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court